In the Matter of the Estate of LEO R. HARKNESS, Deceased. CARL RUMOLT, Appellant; KATE E. MUNTY, as Administratrix of the Estate of LEO R. HARKNESS, Deceased, Respondent.— Memorandum: We think the claimant failed to establish his claim against the estate. We are unable to understand the decision of the Acting Surrogate allowing the claim in the amount of $1,080 as we find no evidence to support such a finding. However, as the administratrix has not appealed from the decree, this court can do nothing but affirm. All concur. (Appeal from a decree disallowing a claim against an estate for money due as share of partnership.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

BERT HUGHSON, Appellant, v. EARL H. CRITTENDEN et al., Respondents.— All concur. (Appeals from two judgments for the respective defendants for no cause of action in an automobile negligence action. The orders deny plaintiff's motions for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *post*, p. 844.]

HOWARD MULVIN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30386.) All concur. (Appeal from a judgment dismissing a claim for damages for personal injuries alleged to have been sustained by claimant, and for property damage to claimant's truck and trailer.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

EDWARD A. GRABOWSKI, as Administrator of the Estate of EDWARD E. GRABOWSKI, Deceased, Appellant-Respondent, v. ROADWAY TRANSIT COMPANY, Respondent-Appellant.— All concur. (Cross appeals from an order setting aside the verdict of the jury in favor of plaintiff for $35,000 and granting a new trial unless plaintiff stipulates to reduce the amount to $20,000, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.